**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al.,*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-11442 (MFW)<br><br>(Jointly Administered) |
| George L. Miller, not individually, but as Chapter 7 Trustee of CHICKEN SOUP FOR THE SOUL ENTERTAINMENT, INC., *et al*.,<br><br>Plaintiff,<br><br>v.<br><br>LG Electronics Inc.,<br><br>Defendant. | Adv. Proc. No. 26-50549-MFW |

**STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT**

George L. Miller, not individually, but as Chapter 7 Trustee of Chicken Soup for the Soul Entertainment, Inc., *et al.,* (the "Trustee" or "Plaintiff"), and LG Electronics Inc. ("Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulation Extending Time To Respond To The Complaint* (the "Stipulation").

**WHEREAS**, on June 25, 2026, the Plaintiff filed his *Complaint to Avoid and Recover Transfers pursuant to 11 U.S.C. §§ 547 and 550* [Adv. Proc. Docket No. 1] (the "Complaint");

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number (where applicable), are: 757 Film Acquisition LLC (4300); Chicken Soup for the Soul Entertainment Inc. (0811); Chicken Soup for the Soul Studios, LLC (9993); Chicken Soup for the Soul Television Group, LLC; Crackle Plus, LLC (9379); CSS AVOD Inc. (4038); CSSESIG, LLC (7150); Digital Media Enterprises LLC; Halcyon Studios, LLC (3312); Halcyon Television, LLC (9873); Landmark Studio Group LLC (3671); Locomotive Global, Inc. (2094); Pivotshare, Inc. (2165); RB Second Merger Sub LLC (0754); Redbox Automated Retail, LLC (0436); Redbox Entertainment, LLC (7085); Redbox Holdings, LLC (7338); Redbox Incentives LLC (1123); Redwood Intermediate, LLC (2733); Screen Media Films, LLC; Screen Media Ventures, LLC (2466); and TOFG LLC (0508) (collectively referred to as the "Debtors"). The Debtors' corporate headquarters and service address is 132 East Putnam Avenue, Floor 2W, Cos Cob, CT 06807.

**WHEREAS**, the summons [Adv. Proc. Docket No. 3] (the "Summons") was issued on July 22, 2026;

**WHEREAS**, pursuant to the procedures proposed in the *Motion for Orders Establishing Procedures Governing All Adversary Proceedings Brought By Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* [Adv. Proc. Docket No. 5] (the "Procedures Motion"),[2] Defendant's time to answer or otherwise respond to the Complaint was extended by up to 90 days after the issuance of the Summons, making the Defendant's answer deadline October 20, 2026 (the "Answer Deadline");

**WHEREAS**, pursuant to the procedures set forth in the Procedures Motion and pending order, the Parties may stipulate to no more than three (3) additional extensions of time, with such stipulations to be filed on the adversary proceeding docket; and

**WHEREAS**, on or about October 19, 2026, Defendant requested, and Plaintiff agreed, to a further extension of the Answer Deadline through and including December 30, 2026.

**NOW, THEREFORE,** notwithstanding anything to the contrary in any other orders or stipulations in connection with the above-captioned chapter 7 cases and adversary proceeding, including any applicable procedures order to be entered therein, the Parties stipulate and agree as follows:

1. The Answer Deadline is extended through and including December 30, 2026.

[2] The Procedures Motion is currently pending.

2. The extension set forth herein is without prejudice to the Parties' rights to seek further extensions of any deadlines or other dates in connection with the above-captioned adversary proceeding.

Dated: October 30, 2026

**CIARDI CIARDI & ASTIN**

***/s/ John D. McLaughlin, Jr.***
John D. McLaughlin, Jr. (No. 4123)
1204 N. King Street
Wilmington, DE 19801
Telephone: (484) 437-2676
Email: jmclaughlin@ciardilaw.com

-and-

Albert A. Ciardi III, Esquire
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 599-2018
Email: Aciardi@ciardilaw.com

*Counsel for Plaintiff*

Dated: October 21, 2026

**LOWENSTEIN SANDLER LLP**

*/s/ Michael Papandrea*
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: mpapandrea@lowenstein.com

-and-

Bruce S. Nathan, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Email: bnathan@lowenstein.com

*Counsel for Defendant*